E-FILED
Thursday, 07 June, 2012 10:48:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Nos. 12-30063
12-30064 |
| STEPHEN LEONARD LEWIS, | ) ) | 12-30065
12-30066 |
| Defendant. | ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Defendant has four separate convictions[1] in the Northern District of Georgia for Armed Bank Robbery in violation of 18 U.S.C. § 2113(a) and (d). Defendant, having already served his concurrent terms of imprisonment, commenced his term of supervised release on June 11, 2010. Defendant's supervised release is scheduled to terminate on June 10, 2015. On April 23, 2012, orders transferring jurisdiction over Defendant's supervised release in all four cases from the Northern

---

[1] The case numbers in the Northern District of Georgia were 3:02-CR-17-ODE, 3:02-CR-24-ODE, 3:02-CR-26-ODE, and 3:03-CR-02-ODE.

District of Georgia to this Court were accepted by this Court.[2]

On October 19, 2011, Defendant failed a polygraph examination when asked certain questions regarding him viewing pornography. On January 19, 2012, Defendant's two computers were seized and a computer forensic search was conducted. The search resulted in the discovery of 96 images of adult pornography on Defendant's laptop computer.

On May 11, 2012, this Court entered an order modifying the conditions of supervision to include that Defendant participate with the United States Probation Office Computer and Internet Monitoring Program. Defendant had agreed to the modification of the conditions of his release. Defendant now desires that his computers be returned to him. Probation has no objection to Defendant's request, but cannot return the laptop to him while it still contains the images of pornography. Defendant has stated he has no objection to the laptop's hard drive being "wiped" so that his computer may be returned to him.

---

[2] The case numbers after being transferred to this Court are 12-30063, 12-30064, 12-30065, and 12-30066.

IT IS HEREBY ORDERED THAT the United States Probation Office return Defendant's two computers to Defendant. The laptop computer is not to be returned to Defendant until all images of pornography are removed from that computer.

ENTER: June 6, 2012.

FOR THE COURT:

                                                    s/ Sue E. Myerscough
                                                    SUE E. MYERSCOUGH
                                                    United States District Judge